District Judge Robert S. Lasnik
Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

THU MINH **LY**,
A# 43-061-869

         Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director, Bureau of Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,

         Respondents.

No. C05-02043-RSL-JPD

ORDER ON STIPULATION FOR DISMISSAL

The parties having stipulated and agreed that the Petitioner has been released from DHS/ICE detention under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

**IT IS SO ORDERED.**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 6th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL - 1
C05-02043-RSL-JPD

1 | Recommended for Entry

2 | this 6th day of February, 2006.

3

4

5 | /s/ JAMES P. DONOHUE
United States Magistrate Judge

6

7 | Presented by:

8

9

10 | /s/ Christopher L. Pickrell
11 | CHRISTOPHER L. PICKRELL
WSBA # 12787
12 | Assistant United States Attorney
United States Attorney's Office
13 | 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
14 | Telephone: (206) 553-7970
15 | Fax: (206) 553-4073
E-mail: chris.pickrell@usdoj.gov
16 | Attorney for Respondents

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON STIPULATION FOR DISMISSAL - 2
C05-02043-RSL-JPD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970